of the absence of entrapment, *State v. Barry*, 495 A.2d 825, 826 (Me.1985). Defendant's contention that the verdicts are irreconcilably inconsistent is also without merit. The sale alleged in Count II occurred some eight days after the sale alleged in Count I. The passage of time and the different circumstances attending the sales provide a rational basis for reconciling the verdicts of the jury.

The entry is:

Judgment affirmed.

All concurring.

evidentiary rulings. Examining the evidence in the light most favorable to the prosecution, we hold that the jury rationally could have found beyond a reasonable doubt every element of the offense charged. *State v. Barry*, 495 A.2d 825, 826 (Me.1985). With regard to the method of juror voir dire employed in this case, we find no abuse of discretion on the part of the presiding justice. *State v. Durost*, 497 A.2d 134, 136 (Me.1985). The issues raised with respect to evidentiary rulings are without merit and do not require discussion.

The entry is:

Judgment of conviction affirmed.

All concurring.

STATE of Maine

v.

**Bradley A. BOUTON.**

Supreme Judicial Court of Maine.

Argued Nov. 3, 1986.
Decided Dec. 8, 1986.

Charles K. Leadbetter (orally), Asst. Atty. Gen., Augusta, for plaintiff.

Robert F. Ward (orally), David J. Edgar, Houlton, for defendant.

Before McKUSICK, C.J., and NICHOLS, ROBERTS, WATHEN, GLASSMAN and CLIFFORD, JJ.

MEMORANDUM OF DECISION.

Defendant, Bradley A. Bouton was convicted of the crime of murder by jury verdict returned in the Superior Court (Aroostook County). On appeal defendant challenges the sufficiency of the evidence to support his conviction and claims error in the voir dire of the jury and in several

STATE of Maine

v.

**Calvin TIDSWELL.**

Supreme Judicial Court of Maine.

Argued Nov. 19, 1986.
Decided Dec. 9, 1986.

David W. Crook, Dist. Atty., Pamela Ames, Alan P. Kelley (orally), Asst. Dist. Attys., Augusta, for the State.

Bourget & Bourget, Paul Bourget (orally), Augusta, for defendant.

Before NICHOLS, ROBERTS, WATHEN, GLASSMAN, SCOLNIK and CLIFFORD, JJ.

MEMORANDUM OF DECISION.

Calvin Tidswell appeals from a conviction of operating a motor vehicle while under the influence of intoxicating liquor, 29 M.R. S.A. § 1312–B (Supp.1985), after a jury tri-